# CASOS RESUELTOS FUNDANDOSE EN OPINIONES NO PUBLICADAS EN EXTENSO.

GANDÍA CÓRDOVA, APELADO, *v.* TRÍAS ET AL., APELANTES.

Corte de Distrito de San Juan, Sección Segunda.

No. 2118.—Resuelto diciembre 9, 1921.

La sentencia del Tribunal Supremo en el presente caso disponía que "una vez que esta sentencia sea debidamente recibida en la corte de distrito de San Juan, Sección Segunda, líbrese ejecución de acuerdo con la ley para cumplirla." Habiendo devuelto el mandato el Secretario de la citada Sección Segunda acompañado de certificación creditiva de que el pleito había sido trasladado a la Sección Primera después de apelada la sentencia, el Secretario del Supremo remitió el mandato a la Sección Primera. El apelado solicitó del Supremo una orden sancionando el envío verificado a la Sección Primera y el apelante se opuso alegando la nulidad del traslado. *Se resolvió:* que no procede expedir la orden que se solicita después que una cuestión de jurisdicción ha sido levantada en la corte inferior. El Juez Asociado Sr. del Toro, emitió la opinión del tribunal.